JAMES M. SMITH *v.* W. T. TEVIS, ET AL.

**Construction of Terms of a Will.**
>    The words, "the children surviving," as used in a will, mean the
> children surviving at the death of the testator.

APPEAL FROM MADISON CIRCUIT COURT.

April 20, 1880.

OPINION BY JUDGE PRYOR:

The clause of the will under which the devisee claims, vests her
with title. The words, "the children surviving," in the first clause
of the will mean the children surviving at the death of the testator.
The appellee took an absolute estate under the will, and so far as her
interest is concerned the other devisees were not necessary parties.

Judgment *affirmed.*

*T. J. Scott, for appellant. W. B. Smith, for appellees.*